

\* 5 0 0 8 5 1 5 6 \*
FILED
6/17/2021 9:48 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006230

21 I 116

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| Thomas Arra | ) |
|       Plaintiff | ) |
|       v. | ) Court Number: |
| Kurt Von Zychlin and Advanced Drainage Systems, Inc., a corporation | ) |
|       Defendants | ) |

## COMPLAINT AT LAW

Plaintiff Thomas Arra, by his attorneys Muldoon & Muldoon, LLC, complaining of defendants Kurt Von Zychlin ("Von Zychlin") and Advanced Drainage Systems, Inc. ("Advanced"), and each of them, states:

### COUNT I
### Von Zychlin - Negligence - Motor Vehicle Collision – Rear-end Collision

1. On June 23, 2019, Wellington Avenue was a public highway running east and west and Sheffield Avenue was a public highway running north and south and the two highways intersected in the City of Chicago, State of Illinois.

2. At the time and place aforesaid, plaintiff was a passenger in a motor vehicle operated by Clipper Lawrence, traveling westbound on Wellington Avenue near or at its intersection with Sheffield Avenue and was stopped for a red light.

3. On June 23, 2019, defendant Von Zychlin was an employee and/or agent of defendant Advanced and was operating a motor vehicle westbound on Wellington Avenue near its intersection with Sheffield Avenue, in the scope and course of his employment.

4. At the time and place aforesaid, the front of vehicle operated by defendant Von Zychlin came into contact with the rear of the vehicle operated by Clipper Lawrence.

5. At the time and place aforesaid, defendant Von Zychlin was negligent in one or more of the following respects:

    (a) Failed to keep a safe and proper lookout;

    (b) Proceeded at a speed that was greater than reasonable and proper with regard to traffic conditions and use of the

Group Exhibit A

FILED DATE: 6/17/2021 9:48 AM 2021L006230

*5 0 0 8 5 1 5 6*

FILED DATE: 6/17/2021 9:48 AM  2021L006230

highway, or that endangered the safety of persons, in violation of 625 ILCS 5/11-601;

(c) Failed to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601;

(d) Followed a vehicle more closely than was reasonable and prudent, in violation of 625 ILCS 5/11-710;

(e) Failed to equip said vehicle with adequate brakes, in violation of 625 ILCS 5/12-301; and

(f) Failed to give audible warning with his horn when such warning was reasonably necessary in insure safety, in violation of 625 ILCS 5/12-601.

6. As a proximate result of one or more of the aforesaid negligent acts or omissions of defendant Von Zychlin, plaintiff suffered injuries of a personal and pecuniary nature.

*Wherefore,* plaintiff Thomas Arra demands judgment against defendant Kurt Von Zychlin in an amount in excess of the jurisdictional minimum of the Law Division of the Circuit Court of Cook County.

## COUNT II

### Advanced - Negligence – *Respondeat Superior* – Rear-end Collision

1. On June 23, 2019, Wellington Avenue was a public highway running east and west and Sheffield Avenue was a public highway running north and south and the two highways intersected in the City of Chicago, State of Illinois.

2. At the time and place aforesaid, plaintiff was a passenger in a motor vehicle operated by Clipper Lawrence, traveling westbound on Wellington Avenue near or at its intersection with Sheffield Avenue and was stopped for a red light.

3. On June 23, 2019, defendant Von Zychlin was an employee and/or agent of defendant Advanced and was operating a motor vehicle westbound on Wellington Avenue near its intersection with Sheffield Avenue, in the scope and course of his employment.

FILED DATE: 6/17/2021 9:48 AM 2021L006230

4. At the time and place aforesaid, the front of vehicle operated by defendant Advanced, by and through its employee/agent Von Zychlin, came into contact with the rear of the vehicle operated by Clipper Lawrence.

5. At the time and place aforesaid, defendant Advanced, by and through its employee/agent Von Zychlin, was negligent in one or more of the following respects:

(a) Failed to keep a safe and proper lookout;

(b) Proceeded at a speed that was greater than reasonable and proper with regard to traffic conditions and use of the highway, or that endangered the safety of persons, in violation of 625 ILCS 5/11-601;

(c) Failed to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601;

(d) Followed a vehicle more closely than was reasonable and prudent, in violation of 625 ILCS 5/11-710;

(e) Failed to equip said vehicle with adequate brakes, in violation of 625 ILCS 5/12-301; and

(f) Failed to give audible warning with his horn when such warning was reasonably necessary in insure safety, in violation of 625 ILCS 5/12-601.

6. As a proximate result of one or more of the aforesaid negligent acts or omissions of defendant Advanced, by and through its employee/agent Von Zychlin, plaintiff suffered injuries of a personal and pecuniary nature.

*Wherefore,* plaintiff Thomas Arra demands judgment against defendant Advanced Drainage Systems, Inc. in an amount in excess of the jurisdictional minimum of the Law Division of the Circuit Court of Cook County.

Muldoon & Muldoon, LLC

By: /s/ Michael K. Muldoon
Michael K. Muldoon

Muldoon & Muldoon, LLC
111 West Washington Street - Suite 1500
Chicago, Illinois 60602
312/739-3550
38728
mkm@muldonlaw.com

3



*5 0 0 8 5 1 5 6*

21 I 116

38728

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
# COUNTY DEPARTMENT, LAW DIVISION

Thomas Arra                              )
                                         )
      Plaintiff                  )
      v.                         )    Court Number:
                                         )
Kurt Von Zychlin and Advanced Drainage   )
Systems, Inc., a corporation             )
                                         )
      Defendants                 )

## AFFIDAVIT

I, Michael K. Muldoon, state under oath:

1. I am an attorney from Muldoon & Muldoon, LLC and am responsible for filing of the Complaint at Law in this matter.

2. The total of money damages sought by plaintiffs does exceed $50,000.00, exclusive of interest and costs.

                                                      MULDOON & MULDOON, LLC

                                                        Michael K. Muldoon

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Michael K. Muldoon

6/17/21
Date

4



* 5 0 0 8 5 1 5 6 *
FILED
6/17/2021 9:48 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006230

FILED DATE: 6/17/2021 9:48 AM   2021L006230

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons                                      (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Thomas Arra

                (Name all parties)   Case No. _____

v.

Kurt Von Zychlin and Advanced Drainage Syst

☑ **SUMMONS**  ☐ **ALIAS SUMMONS**

To each Defendant: Advanced Drainage Systems, Inc., c/o C T Corporation System, 208 S. La Salle Street, Suite 814, Chicago, IL 60604

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

**Summons - Alias Summons**

\* 5 0 0 8 5 1 5 6 \*

(08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 38728

Atty Name: Muldoon & Muldoon, LLC

Atty. for: Plaintiff

Address: 111 W. Washington Street, Suite 1500

City: Chicago

State: IL   Zip: 60602

Telephone: 312/739-3550

Primary Email: mkm@muldoonlaw.com

Witness: _____

6/17/2021 9:48 AM IRIS Y. MARTIN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 6/17/2021 9:48 AM   2021L006230



\* 5 0 0 8 5 1 5 6 \*

FILED DATE: 6/17/2021 9:48 AM   2021L006230

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ○ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ○ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ○ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ○ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ○ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ○ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ○ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ○ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ○ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- ○ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ⦿ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 3 of 3

#41127/JJW/nk

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| THOMAS ARRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 2021 L 006230 |
| | ) | |
| KURT VON ZYCHLIN and ADVANCED DRAINAGE SYSTEMS, INC., a corporation, | ) ) ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT

Katie Henry, having been duly sworn, states under oath as follows:

1. I am employed as the Risk Manager for Advanced Drainage Systems, Inc.

2. Advanced Drainage Systems, Inc.'s principal place of business is 4640 Trueman Blvd., Hilliard, Ohio.

3. Advanced Drainage Systems, Inc. was incorporated in the State of Delaware.

Further, Affiant Sayeth Not.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he believes the same to be true.

_____
Katie Henry

MAISEL & ASSOCIATES
**Mailing Address**
P.O. Box 64093
St. Paul, MN 55164-0093
Phone: (312) 458-6500
General Email: RPMLaw1@Travelers.com

Appearance – Person Jury (12/01/20) CCL 0530

FILED
7/13/2021 2:37 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006230

14021676

FILED DATE: 7/13/2021 2:37 PM    2021L006230

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

THOMAS ARRA,
　　　　　　　　　　　　　　Plaintiff

v.　　　　　　　　　　　　　No. 2021 L 006230

KURY VON ZYCHLIN and ADVANCED DRAINAGE SYSTEMS, INC.,
　　　　　　　　　　　　　　Defendant

Calendar: _____

## APPEARANCE

☑ GENERAL APPEARANCE　　0900 - APPEARANCE - FEE PAID;  0909 - APPEARANCE - NO FEE;
　　　　　　　　　　　　　　0904 - APPEARANCE FILED - FEE WAIVED

☑ JURY DEMAND　　　　　　1900 - APPEARANCE & JURY DEMAND - FEE PAID
　　　　　　　　　　　　　　1909 - APPEARANCE & JURY DEMAND - NO FEE

The undersigned enters the appearance of:　　☐ Plaintiff　　☑ Defendant

ADVANCED DRAINAGE SYSTEMS, INC.

_____
(Insert litigant's name.)

/s/Joseph J. Wilson
　　　　　　Signature

☑ INITIAL COUNSEL OF RECORD　　☐ PRO SE
☐ ADDITIONAL APPEARANCE　　　　☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

☑ Atty. No.: 41127　　　☐ Pro Se 99500

(Please complete the following contact information.)
Name: Joseph J. Wilson/Maisel & Associates
Atty. for: Advanced Drainage Systems, Inc.
Address: 161 N. Clark Street, Suite 800
City/State/Zip: Chicago, IL 60601
Telephone: 312-458-6500
Primary Email: RPMLaw1@Travelers.com

**Pro Se Only:** ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

_____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

EX-3.1 2 d764693dex31.htm EX-3.1

Exhibit 3.1

## AMENDED AND RESTATED
## CERTIFICATE OF INCORPORATION
## OF
## ADVANCED DRAINAGE SYSTEMS, INC.

ADVANCED DRAINAGE SYSTEMS, INC., a corporation organized and existing under the laws of the State of Delaware, hereby certifies as follows:

1. The present name of the corporation is Advanced Drainage Systems, Inc. (the "Corporation").

2. The Corporation was originally formed under the same name as Advanced Drainage Systems, Inc., a Delaware corporation, on October 31, 1966 by the filing of its original Certificate of Incorporation with the Secretary of State of the State of Delaware (the "Secretary of State"). A Certificate of Amendment amending the original Certificate of Incorporation was filed with the Secretary of State on each of the following dates: August 3, 1970; July 8, 1985; July 1, 1986; December 23, 1986; July 1, 1988; September 30, 1993; July 18, 2003; and March 24, 2006. A Certificate of Merger amending the original Certificate of Incorporation was filed with the Secretary of State on March 30, 1984. A Certificate of Amendment changing the Corporation's authorized capital and effecting a 4.707-for-1 stock split was filed with the Secretary of State on July 11, 2014.

3. The Corporation's Certificate of Incorporation is hereby amended and restated pursuant to Sections 242 and 245 of the General Corporation Law of the State of Delaware (as amended from time to time, the "DGCL"), so as to read in its entirety in the form attached hereto as Exhibit A and incorporated herein by this reference (Exhibit A and this Certificate collectively constituting the Corporation's Amended and Restated Certificate of Incorporation).

4. The amendment and restatement of the Certificate of Incorporation of the Corporation has been duly adopted in accordance with the provisions of Sections 242 and 245 of the DGCL, the Board of Directors of the Corporation having duly adopted resolutions setting forth such amendment and restatement, declaring its advisability and directing that it be submitted to the stockholders of the Corporation for their approval at the 2014 annual meeting of the stockholders of the Corporation; and on June 2, 2014 at such annual meeting, a majority of the outstanding stock entitled to vote thereon, and the holders of a majority of the outstanding stock of each class of stock entitled to vote thereon as a class, was voted in favor of such amendment and restatement.

IN WITNESS WHEREOF, the undersigned officer of the Corporation has executed this Amended and Restated Certificate of Incorporation on the 30th day of July, 2014.

ADVANCED DRAINAGE SYSTEMS, INC.

By: /s/ Joseph A. Chlapaty
Name: Joseph A. Chlapaty
Title: Chairman, CEO & President